1
2
3
4
5
6
7
8
9
10          **UNITED STATES DISTRICT COURT**
11              **DISTRICT OF NEVADA**
12
13   DOUGLAS DEES,                    )        3:02-cv-00303-HDM-RAM
                                      )
14               Plaintiff,           )
                                      )        ORDER
15   vs.                             )
                                      )
16   HELMUTH T. BILLY and GREGORY E.  )
     GINN,                            )
17                                    )
                 Defendants.          )
18   _____)

19       Before the court is the defendant's motion to determine choice
20   of law (#110). The deadline for filing dispositive motions has not
21   yet passed, and discovery remains ongoing.
22       Choice of law is a legal issue to be determined by the court.
23   However, the choice of law issue in this case appears to present a
24   mixed question of law and material facts. Application of the
25   factors contained in § 146 of the Restatement (Second) of Conflict
26   of Laws may therefore require resolution of disputed issues of
27   material fact by the fact finder. Accordingly, the defendant's
28   motion to determine choice of law (#110) at this stage of the

1

1  proceedings is denied. The denial of the motion is without

2  prejudice to renew at trial.

3      IT IS SO ORDERED.

4      DATED: This 12th day of April, 2011.

5

6  _____
   UNITED STATES DISTRICT JUDGE

7