# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DOUGLAS DEES, | ) | 3:02-cv-00303-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| HELMUTH T. BILLY, | ) | |
| Defendant. | ) | |

On May 31, 2012, the defendant filed a motion for attorney's fees (#205) and a motion for leave to file under seal documents in connection with the motion for attorney's fees (#207). On June 14, 2012, the plaintiff filed a notice of appeal (#209). The court therefore exercises its discretion to reserve consideration of the motions pending resolution of plaintiff's appeal. *See* Fed. R. Civ. P. 54 (1993 Amendments), advisory committee's note. Accordingly, defendant's motions (#205, #207) are denied without prejudice, to renew within fourteen days of the court's order on mandate if the judgment in this action is affirmed.

IT IS SO ORDERED.

DATED: This 28th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE